*NOT FOR PUBLICATION*

**Cathy I. WILLOUGHBY,
Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

**No. 04–17305.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 15, 2006.

Filed Nov. 29, 2006.

fibromyalgia was not established, the ALJ was not required to assess Willoughby's credibility regarding her expressed limitations. *See Batson*, 359 F.3d at 1196 (requiring an evaluation of claimant's credibility only if objective medical evidence of a qualifying impairment is produced).

**AFFIRMED.**

Harvey P. Sackett, Esq., San Jose, CA, for Plaintiff–Appellant.

Mary Parnow, Esq., Mark A. Win, Esq., SSA—Social Security Administration Office of the General Counsel, San Francisco, CA, for Defendant–Appellee.

Before: SCHROEDER, Chief Circuit Judge, FARRIS and RAWLINSON, Circuit Judges.

MEMORANDUM *

1. The Administrative Law Judge's (ALJ) interpretation of the conflicting medical evidence regarding Willoughby's fibromyalgia is supported by substantial evidence in the record. *See Batson v. Comm'r*, 359 F.3d 1190, 1193 (9th Cir. 2004); *see also Thomas v. Barnhart*, 278 F.3d 947, 957 (9th Cir.2002).

2. Because substantial evidence in the record supports the ALJ's conclusion that

* This disposition is not appropriate for publication and may not be cited to or by the courts

*This case was not selected for publication in the Federal Reporter*
**NOT FOR PUBLICATION**

of this circuit except as provided by 9th Cir. R. 36–3.